1264

No. 11–8176. DICKINSON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–8177. DAVIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–8180. SMITH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 11–8183. OFOR v. U. S. BANK, N. A., ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8191. LOPEZ v. KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8192. JOHNSON v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 11–8194. KIRKLAND v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–8195. JOHNSON v. DOE ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8196. RUTLEDGE v. LASSEN COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8197. STARKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8200. SCOTT v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8201. MILLHOUSE v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–8204. CAMP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–8205. WILLIAMS v. GEORGIA ET AL. Ct. App. Ga. Certiorari denied.

No. 11–8206. UZAMERE v. CUOMO, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.